**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAR 23 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-50043 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00528-CJC-1 |
| v. | |
| ANTONIO OLIVERA, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Central District of California
Cormac J. Carney, District Judge, Presiding

Submitted March 16, 2022[**]

Before:    SILVERMAN, MILLER, and BUMATAY, Circuit Judges.

Antonio Olivera appeals from the district court's judgment and challenges

his guilty-plea conviction and 30-month sentence for conspiracy to commit health

care fraud, in violation of 18 U.S.C. § 1349.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Olivera's counsel has filed a brief stating that there are no

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to withdraw as counsel of record. We have provided Olivera the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Olivera waived the right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary, and most aspects of his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal as to all issues covered by the appeal waiver. We affirm as to all other issues because our review of the record discloses no arguable grounds for relief as to the voluntariness of Olivera's plea or any aspect of the sentence that falls outside the scope of the appeal waiver.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**